IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME GRIMES,

    Plaintiff,

  v.

GUTIERREZ, et al.,

    Defendants.
_____/

No. C 11-80262M CW

ORDER RETURNING COMPLAINT TO PLAINTIFF

On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes.  The pre-filing order states that if Plaintiff files a complaint that is "related to any of the following matters:

    (1)  a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;

    (2)  an injunction against the defendants to prevent them from kidnapping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;

    (3)  a court order for the defendants to be subjected to a lie detector test;

    (4) covert terrorism

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations.  Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual allegations and claims for relief."

1    The Court has reviewed the instant complaint, C 11-80262M CW,
2 and finds that it alleges that Defendants have attempted to
3 kidnap, murder and intimidate Plaintiff and does not contain
4 factual allegations which state a claim for relief.  Because this
5 complaint concerns several of the matters mentioned in the pre-
6 filing order and does not state a claim for relief, the Clerk of
7 the Court is ordered not to file it.  Instead, the complaint shall
8 be returned to Plaintiff.

9    Plaintiff concedes that this complaint is duplicative of an
10 earlier complaint he filed, <u>Grimes v. Gutierrez</u>, case number
11 C 11-80204M, in which he named the same defendants and alleged the
12 same causes of action he alleges in this case.  The complaint in
13 case number C 11-80204 CW was not filed, but was returned to
14 Plaintiff because it concerned several of the matters mentioned in
15 the prefiling order.  Plaintiff may not file duplicate complaints.

17    IT IS SO ORDERED.

19 Dated: 4/16/2012

CLAUDIA WILKEN
United States District Judge